UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISHU GUO,

Petitioner,

-against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

Respondent.

26-CV-5700 (DEH)

ORDER OF SERVICE

DALE E. HO, United States District Judge:

Petitioner, who is appearing *pro se*, brings this action seeking a writ of mandamus and seeking relief under the Administrative Procedure Act. By order dated July 7, 2026, the Court granted Petitioner's request to proceed *in forma pauperis* (IFP), that is, without prepayment of the filing fees.

Because Petitioner has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the Petitioner is authorized to proceed IFP)).

To allow Petitioner to effect service on Respondent U.S. Citizenship and Immigration Services (USCIS) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Respondent, and

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Petitioner is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summons be issued. The Court therefore extends the time to serve until 90 days after the date any summons issues.

check the box on the USM-285 form labeled "Check for service on U.S.A." The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Respondent.

If the complaint is not served within 90 days after the date summonses are issued, Petitioner should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the Petitioner's responsibility to request an extension of time for service).

Petitioner must notify the Court in writing if her address changes, and the Court may dismiss the action if Petitioner fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to (1) issue a summons for U.S. Citizenship and Immigration Services (USCIS); (2) complete the USM-285 form with the address for Respondent, checking the box labeled "Check for service on U.S.A."; and (3) deliver to the U.S. Marshals Service all documents necessary to effect service on Respondent.

The Clerk of Court is directed to mail an information package to Petitioner. Petitioner may receive Documents by email by completing a Consent to Electronic Service form.[2]

SO ORDERED.

Dated: July 10, 2026
New York, New York

DALE E. HO
United States District Judge

[2] If Petitioner consents to receive documents by email, Petitioner will no longer receive documents by regular mail.

**SERVICE ADDRESSES FOR RESPONDENTS**

1. United States of America
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

2. Office of the United States Attorney
Southern District of New York
Civil Division
86 Chambers Street, Third Floor
New York, New York 10007

3. Joseph B. Edlow
Director of United States Citizenship and Immigration Services
Attn: Officer of the Director
5900 Capital Gateway Dr.
Camp Springs, Maryland 20588-0009