UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISHU GUO,

Petitioner,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS),

Respondent.

26-CV-5700 (DEH)

ORDER

DALE E. HO, United States District Judge:

On September 29, 2026, Respondent attempted to file a Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), but the filing was rejected as deficient by the Clerk's Office. *See* ECF No. 14; Minute Entry, Sep. 30, 2026. If the parties still intend to stipulate to the dismissal of this action as reflected in the Stipulation of Voluntary Dismissal, Respondent is directed to refile the stipulation as instructed by the Clerk's Office, *see* Minute Entry, Sep. 30, 2026, by no later than **November 6, 2026**.

SO ORDERED.

Dated: November 2, 2026
New York, New York

DALE E. HO
United States District Judge